UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Evo Group, Inc.
                                   Plaintiff,

v.                                                     Case No.: 1:16−cv−08148
                                                               Honorable John J. Tharp Jr.

Amcan Transportation, Inc., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 18, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff Evo Group, Inc. is directed to file, by 09/01/16, an amended complaint setting forth an adequate factual basis for its assertion of jurisdiction under 28 U.S.C. 1332. The complaint does not include sufficient information to assess the claims of citizenship of AmCan Transportation, Inc., Canadian Technology, or Arie Leitman. A corporation is a citizen both of the state in which it is incorporated and the state in which its principal place of business is located. See Fellowes, Inc. v. Changzhou Xinrui Fellowes Office Equip. Co., 759 F.3d 787, 788 (7th Cir. 2014). An individual's citizenship is based on the state in which he is domiciled (which may differ from the state of residence). See generally Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.