UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Evo Group, Inc.
                                Plaintiff,

v.                                                  Case No.: 1:16−cv−08148
                                                         Honorable John J. Tharp Jr.

Amcan Transportation, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr:This case is dismissed for lack of subject matter jurisdiction pursuant to plaintiff's failure to file an amended complaint adequately stating a factual basis for jurisdiction under 28 U.S.C. &#167; 1332. This dismissal is without prejudice. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.